IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

JUL   3 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

JONELL CLARK JR.

Case No. 2:19mj382

Court Date:  August 15, 2019

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)-Violation Notice No. 6118369

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 21, 2019, at the Commissary Store at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, JONELL CLARK JR., did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

### COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 21, 2019, at the Commissary Store at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, JONELL CLARK JR., did conspire with DEBBIE J. DEVOE to commit an offense against the United States, to wit: stealing and purloining property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Sections 371 and 641.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov


## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov


1 July 2019
_____
Date

2

RECEIVED

2019 JUL -1  P 3: 38

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA